**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JONATHAN POWELL,

                     **Plaintiff,**              **25-CV-9302 (VSB) (VF)**

      **-against-**                       **ORDER**


BP ASSETS 82 LLC, et al.,

                     **Defendants.**

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      This case was referred to the undersigned for general pretrial supervision. See ECF No. 11. Plaintiff properly served Defendants with a complaint and summons on **December 9, 2025**. See ECF Nos. 12-15. Defendants' answer was due on **December 30, 2025**, as set forth in Rule 12(a) of the Federal Rules of Civil Procedure.

      Defendants are directed to file their answer by **January 28, 2026**. Defendants are further advised that failure to file an answer or otherwise appear to defend the claims may result in a default judgment under Rule 55 of the Federal Rules of Civil Procedure. Plaintiff is also directed to serve a copy of this order on Defendants.

            **SO ORDERED.**

DATED:    New York, New York
           January 7, 2026

                                _____
                              VALERIE FIGUEREDO
                              United States Magistrate Judge