UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                     :

JONATHAN POWELL, *on behalf of himself and* :
*others similarly situated*,            :
                                       :

                    Plaintiff,     :            25-CV-9302 (VSB)
                                         :

            -against-            :                 **ORDER**
                                         :

BP ASSETS 82 LLC, *et al.*,           :
                                         :

                  Defendants.   :
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached agreement on

all issues at a court-ordered mediation conference.  (Doc. 28.)  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within sixty (60) days.

SO ORDERED.

Dated:  May 11, 2026
        New York, New York

                                       Vernon S. Broderick
                                       United States District Judge