UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

JONATHAN POWELL,
*on behalf of himself and others similarly situated,*

Plaintiff,

vs.

BP ASSETS 82 LLC,
NEW PARK MANAGEMENT LLC,
PARKOFF OPERATING CORP., and
NYRE SERVICES LLC,

Defendants.

----------------------------------------------------------------x

Case No.: 1: 25-cv-9302-VSB-VF

**JUDGMENT**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by JONATHAN POWELL ("Plaintiff") on October 19, 2026; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants BP ASSETS 82 LLC, NEW PARK MANAGEMENT LLC, PARKOFF OPERATING CORP., and NYRE SERVICES LLC, ("Defendants"), in the amount of $7,500, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York
___November 6, 2026________________

**SO ORDERED:**

Vernon Broderick
_______________________________
United States District Judge